O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| THE ESTATE OF MANUAEL CORREA, by and through its successors in interest, A.C. and MARIA CORREA; A.C., a minor, by and through her guardian ad litem, STACEY PAGE; MARIA CORREA,<br>　　　　Plaintiffs,<br>　　v.<br>SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY dba METROLINK; CITY OF PALMDALE; COUNTY OF LOS ANGELES; LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION; UNION PACIFIC RAILROAD COMPANY; NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK; GLENN STEELE; DOES 2 through 100, inclusive; NOMINAL DOE 1,<br>　　　　Defendants. | Case No. 2:14-cv-09306-ODW (JC)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND [16]** |

　　　　Central District of California Local Rule 7-9 requires an opposition party to file an opposition to any motion at least twenty-one days prior to the date designed for

hearing the motion.  C.D. Cal. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to granting or denial of the motion[.]"  C.D. Cal. L.R. 7-12.

Presently before the Court is Plaintiffs' Motion to Remand.  (ECF No. 16.)  The hearing on Plaintiffs' Motion to Remand is scheduled for February 2, 2015.  Defendants' opposition was therefore due January 12, 2015.  As of the date of this Order, Defendants have not filed an opposition, or any other papers that could be construed as a request to move the hearing date.  Accordingly, the Court deems Defendants' failure to oppose as consent to granting Plaintiffs' Motion to Remand.  The Court hereby **GRANTS** Plaintiffs' Motion to Remand.  (ECF No. 16.)

**IT IS SO ORDERED.**

January 26, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

cc: order, docket, remand letter to
Los Angeles Superior Court, No.
MC024936